# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SANDRA LISTEBARGER,<br><br>    Plaintiff,<br><br>v.<br><br>SYNERPRISE CONSULTING SERVICES, INC.,<br><br>    Defendant. | Case No.: 4:20-cv-00151 |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, SANDRA LISTEBARGER ("Plaintiff"), by and through her counsel, having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: August 17, 2020

_____
Gray H. Miller
Senior United States District Judge